No. 214. MILLER MUSIC CORP. *v.* CHARLES N. DANIELS, INC. C. A. 2d Cir. Certiorari granted. *Harold H. Corbin* for petitioner. *Milton A. Rudin* for respondent.

No. 26. SULLIVAN, CHIEF JUDGE, U. S. DISTRICT COURT, *v.* BEHIMER ET AL. C. A. 7th Cir. Certiorari granted. *John C. Butler* for petitioner. *Warren E. King* for respondents.

No. 100. ORDER OF RAILROAD TELEGRAPHERS ET AL. *v.* CHICAGO & NORTH WESTERN RAILWAY Co. Motion of Railway Labor Executives' Association for leave to file brief, as *amicus curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted. *Alex Elson, Lester P. Schoene, Brainerd Currie, Philip B. Kurland* and *Milton Kramer* for petitioners. *Carl McGowan* and *Jordan Jay Hillman* for respondent. *Clarence M. Mulholland, Edward J. Hickey, Jr.* and *James L. Highsaw, Jr.* for the Railway Labor Executives' Association.

No. 111. SCHAFFER ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Jacob Kossman* and *Irving W. Coleman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 122. KARP ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Harris B. Steinberg* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.